UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JESSE JOHNSON,

Defendant.

**Crim. Action No. 03cr524-01**
(CKK)

# FILED

APR - 7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation

dated March 22, 2010, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's

Report and Recommendation have been received by the Court.

Accordingly, it is this $7^{\varphi}$ day of April, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED and Mr.

Johnson's supervised release is REVOKED; and it is

**FURTHER ORDERED** that Jesse Johnson is hereby scheduled to appear before the

Court for Re-sentencing on May 5, 2010, at 9:30 a.m. in Courtroom 28A, 6th Floor-Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Michelle Peterson, AFPD
Julieanne Himelstein, AUSA
Magistrate Judge Alan Kay
Andre Wilson, U.S. Probation Officer
Pretrial Services

(N)